No. 13,483.

Rossi et al. *v.* Colorado Pulp and Paper Company et al.
(36 P. [2d] 1118)

Decided May 28, 1934. Rehearing denied October 29, 1934.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Campbell and Mr. Justice Holland not participating.

Mr. Charles E. Friend, for plaintiffs in error.

Mr. Charles Rosenbaum, Messrs. Blount, Silverstein & Rosner, Messrs. Davis & Wallbank, Mr. Philip Hornbein, Mr. Paul F. Irey, Mr. Homer S. McMillin, Messrs. Van Cise & Robinson, Mr. J. E. Robinson, for defendants in error.